IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                    No. 4:15CR00146 BRW

JAMES VITTITOW

### FINAL ORDER OF FORFEITURE

Before the Court is the United States motion for final order of forfeiture (Dkt. 27).  On November 21, 2015, this Court entered a Preliminary Order of Forfeiture, ordering Defendant to forfeit his interest in the following property one eMachines desktop computer, serial number PTNC90201304902EFD9600 and one Seagate external hard drive, serial number NA1Q3ZAV (collectively "property subject to forfeiture").

The United States published notice of this forfeiture and the United States' intent to dispose of the property in accordance with the law as specified in the Preliminary Order.  *See* Notice of Publication (Dkt. 27-1).  The United States posted its notice on the forfeiture website, internet address of www.forfeiture.gov for 30 consecutive days beginning on December 1, 2015 and ending on December 30, 2015.  Further, the United States also notified all third parties of their right to petition the court for a hearing to adjudicate the validity of their alleged legal interest in the property.  No one has filed a claim to the property subject to forfeiture, and the time for filing claims has expired.

Now the United States petitions the Court to enter a Final Order of Forfeiture, which will vest all right, title, and interest in the United States.  The United States also asks this Court to authorize the United States Marshal or his designee to dispose of the property according to law.

It is hereby ordered that the property subject to forfeiture is forfeited to the United States.

It is further ordered that all right, title, and interest in the property subject to forfeiture is hereby vested in the United States of America and shall be disposed of according to law.  This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS SO ORDERED this 6th day of May 2016.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE